UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH HALEY ) | |
| ) | |
| v. ) | NO. 3:09-0170 |
| ) | |
| RICKY BELL, et al. ) | |

ORDER

Pending before the Court is a Report and Recommendation issued by the Magistrate Judge (Docket No. 43). In his Report, the Magistrate Judge recommends that the Court grant the State Of Tennessee's Motion To Dismiss (Docket No. 20), and the Motion To Dismiss On Behalf Of Defendants Ricky Bell And George Little (Docket No. 26). The Plaintiff has filed Objections to the Report and Recommendation (Docket No. 45).

The Court has independently reviewed the Magistrate Judge's findings and conclusions, the objections, and the entire record. The Plaintiff's objections are without merit and are overruled. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). The Report and Recommendation is ADOPTED and APPROVED. Accordingly, the State Of Tennessee's Motion To Dismiss (Docket No. 20), and the Motion To Dismiss On Behalf Of Defendants Ricky Bell And George Little (Docket No. 26) are GRANTED, and all claims against the Tennessee Department of Correction, the Riverbend Maximum Security Institution, Ricky Bell, and George Little are DISMISSED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE