UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOSEPH HALEY,                         )
                                      )
        Plaintiff                     )
                                      )   Case No. 3:09-0170
v.                                    )   Judge Campbell/Brown
                                      )
RICKY BELL, *et al.*,                 )
                                      )
        Defendants                    )

## **O R D E R**

The docket sheet shows as pending a motion for sanctions filed by the Plaintiff (Docket Entry 70). This motion is **GRANTED** in part and **DENIED** in part.

The Magistrate Judge granted the Plaintiff's motion to compel and in that order (Docket Entry 73) stated that the Plaintiff may submit a claim for costs incurred by the necessity to file the motion to compel and for sanctions.

The Magistrate Judge does not believe that, although he strongly condemned the Defendants' actions in this matter, it justifies the more draconian sanctions requested by the Plaintiff. The Magistrate Judge will, however, grant the Plaintiff a sanction of $200 as reasonable compensation for his time, expense, and effort in having to file a motion to compel.

Both parties have now filed motions for summary judgment (Docket Entries 78 and 81). When briefing of these matters are complete, the Magistrate Judge will issue a report and recommendation for the consideration of Chief Judge Campbell.

It is so **ORDERED**.

                                                /s/ Joe B. Brown
                                                JOE B. BROWN
                                                United States Magistrate Judge