IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH HALEY | ) |
| | ) |
| v. | ) NO. 3-09-0170 |
| | ) JUDGE CAMPBELL |
| DAVE MILLER, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 127), Plaintiff's Objections thereto (Docket No. 130), titled "Motion in Opposition of Magistrate's Report and Recommendation," and Memorandum in support thereof (Docket No. 131), and Defendants' Response to Plaintiff's Objections (Docket No. 136).

The Court has reviewed the Report and Recommendation, Plaintiff's Objections and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Motion for Summary Judgment (Docket No. 81) is DENIED; Defendant Sator's Motion for Summary Judgment (Docket No. 78) is GRANTED, and Defendant Miller's Motion for Summary Judgment (Docket No. 101) is GRANTED. All claims against Defendants Sator and Miller are DISMISSED.[1]

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has been instructed by the Magistrate Judge to show cause why his claim against the remaining Defendant, Linda Corbin, should not be dismissed for failure to state a claim (Docket No. 126).